Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 2:11-00002-25 |
| | ) | |
| COURTNEY JO RABIDEAU | ) | Judge Trauger |
| | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, Courtney Jo Rabideau, by and through undersigned counsel, Bob Lynch, Jr., and hereby moves to continue the jury trial in this cause presently set for Tuesday, July 30, 2013, at 9:00 a.m. until a date certain in the future.

In support of this motion, the Defendant is relying on the Affidavit of Bob Lynch, Jr. filed with this motion. Also, the Defendant is filing her Waiver of Speedy Trial Rights contemporaneously with this motion.

Respectfully Submitted,

 /s/ Bob Lynch, Jr.
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant*

1