**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:11-cr-00002-25 |
| v. ) | |
| ) | JUDGE TRAUGER |
| **COURTNEY JO RABIDEAU** ) | |

## MOTION TO CONTINUE PLEA AND SENTENCING HEARINGS

The United States of America, through David Rivera, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Blanche Cook, moves this Honorable Court to continue both the plea and sentencing hearings in this matter. The sentencing hearing is currently scheduled for Friday, February 21, 2014. In support of its motion, the Government states the following:

Defendant Courtney Jo Rabideau's sealed position statement (Docket Entry (DE) 1630), constitutes a breach of the plea agreement between the parties, (DE 1603, Minute Entry, "Plea agreement reserved). The Court has not accepted the plea agreement between the parties. Because the Defendant has breached the agreement, which the Court has not accepted, the Government is no longer bound by the plea agreement or any of its terms. Because the Government is no longer bound by the plea agreement, the Government moves this Court to continue both the plea and sentencing hearings in the instant case.

## SIGNIFICANT PROCEDURAL HISTORY

On November 22, 2013, the Parties signed a plea agreement stating the following:

12. The parties agree to recommend that sentence be imposed within the court-determined guidelines range and to make no further recommendation concerning at what point within the range sentence should be imposed. Neither party will request a sentence outside of the court-determined guidelines range by